**Vance WASHBURN, Petitioner, v. L. F. UTECHT, Warden of Minnesota State Prison.**

No. 14327.

United States Court of Appeals Eighth Circuit.

March 12, 1951.

Vance Washburn, pro se.

PER CURIAM.

Application of Petitioner for Certificate of Probable Cause for an Appeal from Order of January 13, 1951, of the United States District Court for the District of Minnesota, Fourth Division, denying petition for writ of habeas corpus, denied.